FILED
08 JUN 18 PM 2:57

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

08CR 2026 LAB

| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
|---|---|
| Plaintiff, | ) I N D I C T M E N T |
| v. | ) Title 8, U.S.C., Secs. 1326(a) and (b) - Attempted Entry After Deportation |
| GILBERTO CRUZ-VASQUEZ, | ) |
| Defendant. | ) |

The grand jury charges:

On or about April 6, 2008, within the Southern District of California, defendant GILBERTO CRUZ-VASQUEZ, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States,

//

CEK:fer:San Diego
6/18/08

that was a substantial step toward committing the offense, all in violation of Title 8, United States Code, Sections 1326(a) and (b).

It is further alleged that defendant GILBERTO CRUZ-VASQUEZ was removed from the United States subsequent to January 14, 1991.

DATED: June 18, 2008.

A TRUE BILL:

*[signature]*
Foreperson

KAREN P. HEWITT
United States Attorney

By: *[signature]*
CHARLOTTE E. KAISER
Assistant U.S. Attorney