```
                                   FILED

                              08 JUN 18 PM 2:57

                              CLERK, U.S. DISTRICT COURT
                              SOUTHERN DISTRICT OF CALIFORNIA

                              BY:  ⁄           DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

08CR 2026 LAB

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
|         Plaintiff, ) | |
| v. ) | NOTICE OF RELATED CASE |
| GILBERTO CRUZ-VASQUEZ, ) | |
|         Defendant. ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Gilberto Cruz-Vasquez</u>, Criminal Case No. 08CR1585-LAB.

DATED: June 18, 2008.

                                        KAREN P. HEWITT
                                      United States Attorney

                                        /s/ Charlotte E. Kaiser
                                        CHARLOTTE E. KAISER
                                        Assistant U.S. Attorney